In the Matter of JERRY KATZMAN, Appellant, v NEW YORK STATE DEPARTMENT OF HEALTH et al., Respondents.

Submitted December 8, 2008; decided January 20, 2009

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.

LEEWARD ISLES RESORTS, LIMITED, Respondent, v CHARLES C. HICKOX, Appellant.

Submitted October 27, 2008; decided January 20, 2009

Motion for leave to appeal dismissed upon the ground that the March 2008 Appellate Division order sought to be appealed from does not finally determine the action within the meaning of the Constitution. The April 2008 Supreme Court order disposing of the remaining causes of action, which is the final paper in this action, cannot serve as the final paper pursuant to CPLR 5602 (a) (1) (ii) to bring up for review the prior nonfinal Appellate Division order because a motion for leave to appeal from that Supreme Court order would be untimely (see CPLR 5513 [b]).

LYNETTE LEMASTER, Individually and as Parent and Natural Guardian of NICHOLE LEMASTER and Others, Infants, Appellant, et al., Plaintiff, v OCCIDENTAL CHEMICAL CORPORATION et al., Respondents.

Submitted November 24, 2008; decided January 20, 2009

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.